IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS C. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV126 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT L. MARCUZZO, and | ) | **MEMORANDUM** |
| DOUGLAS COUNTY PUBLIC | ) | **AND ORDER** |
| DEFENDER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Appointment of Counsel. (Filing No. 8.) The court cannot routinely appoint counsel in civil cases. As Plaintiff notes in his motion, in *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel." *Id.* No showing has been made in this case. The request for the appointment of counsel is therefore denied without prejudice.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Appointment of Counsel (Filing No. 8.) is denied.

April 28, 2008.            BY THE COURT:

                           s/Richard G. Kopf
                           United States District Judge